Woolbright, Inc., a Corporation, Plaintiff-Appellee, v. Edwin H. Sarver, Defendant-Appellant.

Gen. No. 69–23.

Second District.

October 28, 1969.

Roszkowski and Paddock, of Rockford, for appellant; Paul F. O'Neil of Rochelle, and Gunner & Keller, of Dixon, for appellee. Opinion by JUSTICE SEIDEN-FELD. Not to be published in full.